Leonardo v Aaron
2026 NY Slip Op 03509
June 4, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

Georgilia Leonardo, Plaintiff-Respondent,
v
Ahdawantazalam Aaron, Defendant-Appellant.

Decided and Entered: June 04, 2026
Index No. 365453/21|Appeal No. 6806|Case No. 2025-02584|
Before: Scarpulla, J.P., Shulman, Higgitt, O'neill Levy, Chan, JJ.

Ahdawantazalam Aaron, appellant pro se.

[*1]
Appeal from order, Supreme Court, New York County (Michael L. Katz, J.), entered April 22, 2025, which declined to sign defendant's order to show cause to dismiss the judgment of divorce, unanimously dismissed, without costs, as taken from a nonappealable order.
No appeal lies from an order refusing to sign an order to show cause, which is an ex parte order that does not decide a motion made on notice (see CPLR 5701[a][2]; Castle Vil. Owners Corp. v Girardi, 237 AD3d 532, 532 [1st Dept 2025]; Schwartz v Noll, 191 AD3d 567, 567 [1st Dept 2021], appeal dismissed 37 NY3d 1005 [2021]). Even if the unsigned order to show cause were appealable, the appeal must be dismissed because the record is entirely incomplete. Among other things, the record fails to include the underlying motion (see CPLR 5526; Maccarone v New York Convention Ctr. Operating Corp., 238 AD3d 562, 562 [1st Dept 2025]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 4, 2026